No. 92–169. MITCHELL ET AL. *v.* UNITED TEACHERS-LOS ANGELES. C. A. 9th Cir. Certiorari denied.

No. 92–171. RODRIGUEZ-MORALES, AKA HERNANDEZ *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–173. EFAMOL, LTD. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–180. BTM CORP. *v.* LILLEY. C. A. 6th Cir. Certiorari denied.

No. 92–269. GROSS *v.* UNITED STATES; and
No. 92–324. PATRICK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 965 F. 2d 1390.

No. 92–307. ELLIOTT ET AL. *v.* CITY OF ATHENS, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–343. SANTOS *v.* LINDSTROM ET AL. Ct. App. Colo. Certiorari denied.

No. 92–350. LANCASTER ET AL. *v.* MERCHANTS NATIONAL BANK OF FORT SMITH, ARKANSAS. C. A. 8th Cir. Certiorari denied.

No. 92–355. MIDCO PIPE & TUBE, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–356. MUMAW *v.* NURAD, INC. C. A. 4th Cir. Certiorari denied.

No. 92–365. LUNDE *v.* IOWA BOARD OF REGENTS. Ct. App. Iowa. Certiorari denied.

No. 92–368. GUY *v.* BREEKO CORP. Sup. Ct. Ark. Certiorari denied.

No. 92–370. PENTER *v.* BALDWIN PIANO & ORGAN CO. Ct. App. Ark. Certiorari denied.

No. 92–374. STANDRING *v.* MCALLISTER. C. A. 6th Cir. Certiorari denied.